# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

In re ___Lena P Fink_____,            Case No. ___08-35717_____

## TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer, for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| ___Ocwen Loan Servicing, LLC___ | ___Litton Loan Servicing, L.P. Bankruptcy Department___ |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    Ocwen Loan Servicing, LLC
    1661 Worthington Road
    Suite #100
    West Palm Beach, FL 33409

Phone: __561-682-8000_____
Last Four Digits of Acct #: ____9329_____

Court Claim # (if known): ___3_____
Amount of Claim: _____100993.86_____
Date Claim Filed: _____12/23/2008_____

Phone: ___800-999-8501_____
Last Four Digits of Acct. #: __9692_____

Name and Address where transferee payments should be sent (if different from above):

    Ocwen Loan Servicing, LLC
    P.O. Box 24781
    Attn: Cashiering Department
    West Palm Beach, FL 33416-4781

Phone: __561-682-8000_____
Last Four Digits of Acct #:____9329_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:____/s/ James Cloud_____        Date:_____12/23/2011_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

# CERTIFICATE OF SERVICE

I,\_\_\_\_James Cloud_____, hereby certify that a true and correct copy of the foregoing Notice to Transfer Claim pursuant to Bankruptcy Rule 3001(e) was served upon the following parties by first class mail, postage prepaid on or before this \_\_\_30th\_\_\_\_ day of \_\_December_____ , 2011\_\_\_:

Debtors' Attorney
RICHARD JAMES OULTON
THE DEBT LAW GROUP, PLLC
111 HIGHLAND AVE
COLONIAL HEIGHTS, VA 23834-3139
804-520-2428
southsidedebtlawgroup@gmail.com

Debtors
LENA P FINK
15213 BROADWATER CT
CHESTER, VA 23831-7256

Trustee
ROBERT E. HYMAN
PO BOX 1780
RICHMOND, VA 23218-1780
804-775-0979

Case Number: 08-35717                  _____/s/James Cloud_____
                                                James Cloud

NOTICE TO TRANSFER CLAIM